UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARINA ISKHAKOVA, on behalf of herself
and all others similarly situated,

                                  Plaintiff,

  -against-

LYMI, INC.,

                                 Defendants.
------------------------------------------------------------------------X

Case No.: 1:22-cv-2814

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: September 16, 2022
       Hackensack, New Jersey

*s/Mark Rozenberg*

Mark Rozenberg, Esq.
STEIN SAKS, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
201.282.6500
mrozenberg@steinsakslegal.com
*Attorneys for Plaintiff*

Dated: September 16, 2022
       New York, New York

*s/Karla Del Pozo Garcia*

Karla Del Pozo Garcia
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
212.768.5328
Karla.delpozogarcia@dentons.com
*Attorneys for Defendant*

*Kiyo A. Matsumoto, USDJ*
9.16.2022